U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR - 3 2017

TONY R. MOORE, CLERK
BY: _____ mB _____
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN RIDDLE, Individually and on Behalf of Others Similarly Situated | CIVIL ACTION NO.: 16-433 COLLECTIVE ACTION |
| v. | JUDGE: DRELL |
| DETEL WIRELESS, LLC | MAG. JUDGE: PEREZ-MONTES |

## ORDER

Upon consideration of the foregoing Joint Motion to File Attachment Under Seal and finding it to be well taken because the parties have agreed to confidentiality in their proposed settlement agreement,

**IT IS ORDERED** that the parties' joint motion to file the proposed settlement agreement under seal is GRANTED.

Alexandria, Louisiana, this 3rd day of MARCH, 2017.

_____
UNITED STATES DISTRICT JUDGE

8048643_1.docx