U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR - 3 2017

TONY R. MOORE, CLERK
BY: _____ MB _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN RIDDLE, Individually and on Behalf of Others Similarly Situated | CIVIL ACTION NO.: 16-433 COLLECTIVE ACTION |
| v. | JUDGE: DRELL |
| DETEL WIRELESS, LLC | MAG. JUDGE: PEREZ-MONTES |

## ORDER

**CONSIDERING THE PARTIES' JOINT MOTION TO APPROVE SETTLEMENT AND FOR DISMISSAL OF ALL CLAIMS**, and after evaluating the confidential settlement and release agreement between the parties, and finding the agreement to be fair and reasonable and approving same under the Fair Labor Standards Act;

**IT IS HEREBY ORDERED**, that the Joint Motion to Approve Settlement and for Dismissal of All Claims filed by John Riddle and all collective action members, and Defendant, Detel Wireless, LLC, is **GRANTED** and that the instant action is dismissed with prejudice, each party to bear his/its own attorneys' fees and costs (except as otherwise agreed in the parties' confidential settlement and release agreement).

___ALEXANDRIA___, Louisiana, this ___3RD___ day of ___MARCH___, 2017.

_____
JUDGE, WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

8048103_1.docx